Kenneth A. Weber (TN State Bar No. 15730)
BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, P.C.
800 Baker Donelson Center
211 Commerce Street
Nashville, TN  37201
(615) 726-5600 (telephone)
(615) 726-0464 (facsimile)
kweber@bakerdonelson.com

SEYFARTH SHAW LLP
Christian J. Rowley (CA State Bar No. 187293)
560 Mission Street, Suite 3100
San Francisco, CA 94105
(415) 397-2823 (telephone)
(415) 397-8549 (facsimile)
crowley@seyfarth.com

Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Gina McKeen-Chaplin, individually, on behalf of herself and all others similarly situated, | ) ) ) ) | Case No. 10-cv-05243-SBA |
| Plaintiff, | ) ) | **ORDER** |
| v. | ) ) | |
| Franklin American Mortgage Company and DOES 1-50, inclusive, | ) ) ) | |
| Defendants. | ) ) ) | |

1  In accordance with the contemporaneously filed Motion, it is HEREBY ORDERED that
2  the Joint Motion to Further Extend ADR Deadline is GRANTED.   Accordingly, the deadline for
3  ADR in this matter shall be moved from February 10, 2012, to June 8, 2012.
4  DATED:  January 19, 2012

_____
SAUNDRA B. ARMSTRONG
Judge
United States District Court
Northern District of California

Submitted for Entry:

s/Kenneth A. Weber
Kenneth A. Weber (TN State Bar No. 15730)
*motion for admission pro hac vice granted*
Emily H. Plotkin (TN State Bar No. 22978)
*motion for admission pro hac vice granted*
BAKER, DONELSON, BEARMAN, CALDWELL
    & BERKOWITZ, P.C.
800 Baker Donelson Center
211 Commerce Street
Nashville, TN  37201
(615) 726-5600 (telephone)
(615) 726-0464 (facsimile)

Christian J. Rowley (CA State Bar No. 187293)
SEYFARTH SHAW LLP
560 Mission Street, Suite 3100
San Francisco, CA  94105
(415) 397-2823 (telephone)
(415) 397-8549 (facsimile)

Attorneys for Defendant


s/Robert L. Schug
Robert L. Schug, CA State Bar No. 249640
Rebekah L. Bailey, CA Attorney No. 258551
NICHOLS KASTER, PLLP
4600 IDS Center, 80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone: (612) 256-3200
Facsimile: (612) 215-6870

Matthew C. Helland, CA State Bar No. 250451
NICHOLS KASTER, LLP
One Embarcadero Center, Suite 720
San Francisco, CA 94111
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

Attorneys for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing Proposed Order was sent via the Court's electronic filing system to all parties indicated on the electronic filing receipt, including counsel identified below. All other parties, if any, will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

> Matthew C. Helland, CA State Bar No. 250451
> NICHOLS KASTER, LLP
> One Embarcadero Center, Suite 720
> San Francisco, CA 94111
> Telephone: (415) 277-7235
> Facsimile: (415) 277-7238
>
> Robert L. Schug, CA State Bar No. 249640
> Rebekah L. Bailey, CA Attorney No. 258551
> NICHOLS KASTER, PLLP
> 4600 IDS Center, 80 South Eighth Street
> Minneapolis, Minnesota 55402
> Telephone: (612) 256-3200
> Facsimile: (612) 215-6870

this 19th day of January 2012.

                                            s/Kenneth A. Weber
                                            Kenneth A. Weber