UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GINA MCKEEN-CHAPLIN, individually, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FRANKLIN AMERICAN MORTGAGE COMPANY and DOES 1-50, inclusive,<br><br>Defendants. | Case No: C 10-5243 SBA<br><br>**ORDER**<br><br>Dkt. 34 |

The parties have reached a tentative settlement of this wage and hour action and a hearing to approve the settlement is scheduled for October 16, 2012. Accordingly,

IT IS HEREBY ORDERED THAT Plaintiff's motion for class certification is DENIED as moot. Said denial is without prejudice to renewal in the event the settlement is not finally approved. This Order terminates Docket 34.

IT IS SO ORDERED.

Dated: September 25, 2012

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge