Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
NICHOLS KASTER, LLP
One Embarcadero Center, Suite 720
San Francisco, CA 94111
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

NICHOLS KASTER, PLLP
Rebekah L. Bailey, CA Attorney No. 258551
bailey@nka.com
4600 IDS Center, 80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone: (612) 256-3200
Facsimile: (612) 215-6870

Attorneys for Plaintiff and the putative classes

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gina McKeen-Chaplin, individually, on behalf of herself and all others similarly situated,<br><br>　　　Plaintiff,<br><br>v.<br><br>Franklin American Mortgage Company and DOES 1-50, inclusive,<br><br>　　　Defendants. | Case No. 4:10-cv-05243-SBA<br><br>**[PROPOSED] ORDER AND FINAL JUDGMENT** |

This matter is before the Court on the Parties' Joint Motion to Approve Settlement ("Joint Motion"), seeking approval of the settlement of the above-captioned action for unpaid compensation under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.* and also under the California Labor Code and the California Business and Professions Code (the "State Law Claims"), and to dismiss the case, with prejudice. Having reviewed the Parties' Joint Motion and considered the entire record in this Action, and otherwise for good cause shown, IT IS HEREBY ORDERED THAT:

1. This Order and Final Judgment incorporates by reference the definitions set forth in the Joint Motion, and all terms used herein shall have the same meaning as set forth in the Joint Motion.

2. This Court has jurisdiction over the subject matter of this Action and over the parties to this Action.

3. All terms and conditions of the settlement as described and set forth in the Joint Motion are approved. The Court finds that the terms of the settlement and the releases that have been executed by the individual Plaintiffs are fair, reasonable, and adequate. The Court also finds that the terms of the settlement of this Action were the result of good faith, arms-length negotiations by the parties, and that the terms of the settlement represent a reasonable compromise of disputed claims and issues arising from a bona fide dispute of the FLSA claims and the State Law Claims.

4. This Action and all of the Released Claims are hereby dismissed, with prejudice. Except as otherwise provided in the Joint Motion, the Parties are to bear their own costs and fees.

8. Without affecting the finality of this Order and Final Judgment in any way, this Court hereby retains continuing jurisdiction for the limited purpose of ensuring the implementation and enforcement of the terms of the settlement.

5/20/13

_____
Hon. Saundra Brown Armstrong